**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE AVILA ZARAGOZA,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>        Respondent. | NO. EDCV 14-323-RT (AS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

    DATED: 10/28/14

*ROBERT J. TIMLIN*
_____
ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE